**LAW OFFICES OF**
**DONNA R. NEWMAN**
ATTORNEY AT LAW
20 VESEY STREET, SUITE 400
NEW YORK, NEW YORK 10007
TEL. 212-229-1516
FAX 212-676-7497
DONNANEWMANLAW@AOL.COM
MEMBER: N.Y. & N.J. BAR

June 1, 2020

Via ECF and Email

The Honorable Loretta J. Preska
Sr., United States District Court Judge
Southern District of New York
United States Courthouse
500 Pearl Street
New York, New York 10007

> The sentencing scheduled for June 8, 2020 is adjourned to July 21, 2020 at 11:00 a.m.
>
> SO ORDERED.
> Dated: June 2, 2020
>
> _____
> LORETTA A. PRESKA, U.S.D.J.

Re: *United States v. Hernandez, Miguel Gil*
    18cr31

Dear Judge Preska:

    Mr. Gil is scheduled to be sentenced by Your Honor on June 8, 2020. With the consent of Assistant United States Attorney Michael Longyear, I respectfully request an adjournment of Mr. Gil's sentencing to a date during the week of July 20th to allow the submission of the parties sentencing memorandum and the parties review of the final presentence report which has not yet been filed.

Respectfully,
   /s/
Donna R. Newman
Cc: AUSA Michael Longyear via Email and ECF